IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

        Plaintiff,                  No. CIV S-07-1777 LEW KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.           <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On September 6, 2007, plaintiff was directed to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint. On September 11, 2007, petitioner submitted a copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint but it is not certified. Plaintiff will be provided one final opportunity to submit a certified copy.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint. Plaintiff's

/////

/////

1

1  failure to comply with this order will result in a recommendation that this action be dismissed
2  without prejudice.
3  DATED: October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

6  /mp
   soto1777.3e